JANET PLESKOW v. MORRIS PLESKOW.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so that the appeal can be argued on the 10th day of May, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ELLA MICHELBACHER, Deceased.— Motion denied. Rule VI of this court* furnishes all the relief that appellants require. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

METROPOLITAN DISTRIBUTORS, INC., Appellant, v. NEW YORK CASUALTY COMPANY, Respondent.— Order reversed, without costs, and motion granted, upon consent in open court. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.